FILED
HARRISBURG

DEC 7 2000

MARY E. D'ANDREA, CLERK

_____
DEPUTY CLERK

## CERTIFICATION

I, Kim L. Babich, certify that the attached inmate account records are a copy of the inmate account record of

John Cleary from 7-7-00 thru 11-28-00

and that this is a true and correct copy of the document used during the normal course of business at the State Correctional Institution at Pittsburgh.

_____
Kim L. Babich
Accounting Assistant

Sworn and subscribed before me

this __28th__ day of __November__, 20__00__.

_____
Notary Public

Notarial Seal
Karen L. Rebel, Notary Public
Pittsburgh, Allegheny County
My Commission Expires Aug. 20, 2001

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM               RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING               DATE 11/28/2000
REMOTE PRINT TIME 14:35             FROM PURGE FILE                    PAGE         1

    INMATE     NAME
    NUMBER     LAST           FIRST              MI          STARTING BALANCE
    DF5779     CLEARY         JOHN                                        .01

    BATCH      DATE                                      TRANSACTION  BALANCE AFTER
       #     MO DY YEAR     TRANSACTION DESCRIPTION        AMOUNT      TRANSACTION

    5750   07-07-2000  10  MAINTENANCE PAYROLL
                           JUNE WAGES                        22.80         22.81
    9007   07-17-2000  34  RADIO/TV
                           CABLE TV SERVICE                 -19.95          2.86
    8200   07-18-2000  32  PIT COMMISSARY
                           FOR   7/18/2000                   -2.79           .07
    5881   07-24-2000  14  MISCELLANEOUS
                           CLEARY, SHANNON                   10.00         10.07
    5881   07-24-2000  14  MISCELLANEOUS
                           CLEARY, NATALIE                   10.00         20.07
    5881   07-24-2000  14  MISCELLANEOUS
                           LEMANSKY, JOHN                    10.00         30.07
    8208   07-26-2000  32  PIT COMMISSARY
                           FOR   7/26/2000                  -29.93           .14
    5990   08-08-2000  10  MAINTENANCE PAYROLL
                           JULY WAGES                        22.80         22.94
    6052   08-14-2000  13  PERSONAL GIFT FROM
                           CLEARY, NATALIE                   10.00         32.94
    6075   08-17-2000  13  PERSONAL GIFT FROM
                           CLEARLY, NATALIE                  50.00         82.94
    8230   08-17-2000  32  PIT COMMISSARY
                           FOR   8/17/2000                  -32.64         50.30
    9008   08-17-2000  34  RADIO/TV
                           CABLE TV SERVICE                 -19.95         30.35
    5909   08-18-2000  37  POSTAGE
                           08-17-00                          -2.20         28.15
    8237   08-24-2000  32  PIT COMMISSARY
                           FOR   8/24/2000                  -25.81          2.34
    8237   08-24-2000  32  PIT COMMISSARY
                           FOR   8/24/2000                   -2.00           .34
    6203   09-11-2000  10  MAINTENANCE PAYROLL
                           AUGUST WAGES                      14.82         15.16
    6217   09-11-2000  10  MAINTENANCE PAYROLL
                           AUGUST WAGES                       4.32         19.48
    6259   09-14-2000  45  MISCELLANEOUS
                           SCIP 10K-WALKATHON                -1.00         18.48
    6162   09-18-2000  41  MEDICAL
                           8/31/00                           -2.00         16.48
    8264   09-20-2000  32  PIT COMMISSARY
                           FOR   9/20/2000                  -15.95           .53
    9009   09-25-2000  34  RADIO/TV
                           CABLE TV SERVICE                 -19.95        -19.42
    6333   09-27-2000  14  MISCELLANEOUS
                           SOAP OPERA DIGEST REF CK#19709    60.84         41.42
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM         RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING        DATE 11/28/2000
REMOTE PRINT TIME 14:35              FROM PURGE FILE           PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DF5779 | CLEARY | JOHN | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 6336 | 09-28-2000 | 14 | MISCELLANEOUS ARCHITECTURAL DIGEST REF CK | 28.00 | 69.42 |
| 0 | 09-29-2000 | 82 | TRANSFER OUT PITTSBURGH | | |
| 0 | 09-29-2000 | 81 | TRANSFER IN WAYMART | | |

```
                        BALANCE AFTER THESE TRANSACTIONS------>        69.42
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE 11/28/2000
REMOTE PRINT TIME 14:35             FROM ACTIVE FILE              PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DF5779 | CLEARY | JOHN | | 69.42 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 0 | 10-02-2000 | 82 | TRANSFER OUT WAYMART | | |
| 0 | 10-02-2000 | 81 | TRANSFER IN PITTSBURGH | | |
| 6343 | 10-02-2000 | 14 | MISCELLANEOUS US MAGAZINE REF CK#001291 | 41.58 | 111.00 |
| 0 | 10-02-2000 | 82 | TRANSFER OUT PITTSBURGH | | |
| 0 | 10-03-2000 | 81 | TRANSFER IN WAYMART | | |
| 0 | 10-04-2000 | 82 | TRANSFER OUT WAYMART | | |
| 0 | 10-04-2000 | 81 | TRANSFER IN PITTSBURGH | | |
| 6366 | 10-04-2000 | 14 | MISCELLANEOUS CABLE REFUND - SEPT & OCT SERV | 39.90 | 150.90 |
| 0 | 10-04-2000 | 82 | TRANSFER OUT PITTSBURGH | | |
| 0 | 10-04-2000 | 81 | TRANSFER IN WAYMART | | |
| 1218 | 10-04-2000 | 10 | MAINTENANCE PAYROLL FOR: SEPTEMBER 2000 | .76 | 151.66 |
| 0 | 10-06-2000 | 82 | TRANSFER OUT WAYMART | | |
| 0 | 10-06-2000 | 81 | TRANSFER IN PITTSBURGH | | |
| 6409 | 10-06-2000 | 10 | MAINTENANCE PAYROLL SEPTEMBER WAGES | 2.28 | 153.94 |
| 0 | 10-06-2000 | 82 | TRANSFER OUT PITTSBURGH | | |
| 0 | 10-10-2000 | 81 | TRANSFER IN WAYMART | | |
| 8280 | 10-06-2000 | 32 | WAM COMMISSARY FOR 10/10/2000 | -43.90 | 110.04 |
| 8284 | 10-10-2000 | 32 | WAM COMMISSARY FOR 10/10/2000 | -37.87 | 72.17 |
| 1288 | 10-13-2000 | 30 | PERSONAL GIFT TO MS. NATALIE CLEARY | -20.00 | 52.17 |
| 8291 | 10-17-2000 | 32 | WAM COMMISSARY FOR 10/17/2000 | -44.41 | 7.76 |
| 8298 | 10-24-2000 | 32 | WAM COMMISSARY FOR 10/24/2000 | -7.60 | .16 |
| 1357 | 10-25-2000 | 14 | MISCELLANEOUS REFUND/THE NATION E715965 | 26.02 | 26.18 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE 11/28/2000
REMOTE PRINT TIME 14:35              FROM ACTIVE FILE             PAGE          2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DF5779 | CLEARY | JOHN | |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 0 | 11-02-2000 | 82 TRANSFER OUT WAYMART | | |
| 0 | 11-02-2000 | 81 TRANSFER IN PITTSBURGH | | |
| 8311 | 11-06-2000 | 32 PIT COMMISSARY FOR 11/06/2000 | -25.30 | .88 |
| 0 | 11-07-2000 | 82 TRANSFER OUT PITTSBURGH | | |
| 0 | 11-07-2000 | 81 TRANSFER IN WAYMART | | |
| 1444 | 11-07-2000 | 10 MAINTENANCE PAYROLL FOR: OCTOBER 2000 | 8.36 | 9.24 |
| 0 | 11-07-2000 | 82 TRANSFER OUT WAYMART | | |
| 0 | 11-08-2000 | 81 TRANSFER IN PITTSBURGH | | |
| 6686 | 11-08-2000 | 45 MISCELLANEOUS DAR-US-SALAM/MISHWAAK | -1.00 | 8.24 |
| 6553 | 11-13-2000 | 41 MEDICAL SICK CALL 06/28/00 | -6.00 | 2.24 |
| | | BALANCE AFTER THESE TRANSACTIONS------> | | 2.24 |