_pecan_

⑤
1-9-01
_jc_

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,                              :
                                          :
                Plaintiff                 :
                                          :
        v.                                :        CIVIL NO. 1:CV-00-2125
                                          :
KENNETH D. KYLER, ET AL.,                 :        (Judge Caldwell)
                                          :
                Defendants                :

**FILED**
**HARRISBURG, PA**

JAN 0 8 2001

MARY E. D'ANDREA, CLERK
PER_____DEPUTY CLERK

ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On December 7, 2000, plaintiff filed the above-captioned complaint pursuant to 42 U.S.C. § 1983.  He also submitted an application to proceed in forma pauperis and a certified statement of his prison trust fund account.  Plaintiff did not, however, file this court's authorization form to have funds deducted from his prison trust fund account.  Consequently, he will be directed to do so.

Accordingly, this 8th day of January, 2001, it is ordered that:

Plaintiff shall complete fully and return to the court the attached authorization form within twenty (20) days of the date of this order or the complaint will be dismissed without prejudice.

_William W. Caldwell_
WILLIAM W. CALDWELL
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

_____

_____

_____

     **Name of Plaintiff(s)**

          **v.**

_____

_____

_____

_____

     **Name of Defendant(s)**

: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 

_____

**Civil Case No.**

_____

**Judge**

(Number and Judge to be
assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. _____ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _____ I have enclosed an executed Authorization form which authorize the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and whil a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 o more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upo which relief may be granted?  Yes _____  No _____

    (a)  If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
       Yes _____  No _____

(b)  Please explain in detail why you are under imminent danger of
     serious physical injury:

     _____

     _____

     _____


4.   (a)  Are you presently employed at the Institution?  Yes _____  No ____

     (b)  If yes, what is your monthly compensation?  $_____

5.   Do you own any cash or other property; have a bank account; or recei
     money from any source?  Yes _____  No _____

     If the answer is "yes" to any of the above, describe each source and
     the amount involved.

     _____

     _____

     _____

     _____


I certify under penalty of perjury that the foregoing is true and correct


Executed on _____        _____
                  (Date)                      (Signature of Plaintiff)


This certification is executed pursuant to Title 28, United States Code,
Section 1746.


2

# AUTHORIZATION
(Prisoner's Account Only)

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _____, request and authorize the agency holding me

custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylv

a certified copy of the statement for the past six months of my trust fund account (or institut

equivalent) at the institution where I am incarcerated. I further request and authorize the agency ho

me in custody to calculate and disburse funds from my trust account (or institutional equivalent) i

amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand

the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be dedu

from my account regardless of the outcome of my civil action. This authorization shall apply to any

agency into whose custody I may be transferred.

Date: _____, 19____

_____
Signature of Prisoner

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001


Re:   1:00-cv-02125    Cleary v. Kyler


True and correct copies of the attached were mailed by the clerk
to the following:


        John Cleary
        SCI Pittsburgh
        DF5779
        Box 999D1
        Pittsburgh, PA   15322



CC:
Judge                       ( ✓ )
Magistrate Judge            ( )
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )

Bankruptcy Court            ( )
Other_____( )

                                            MARY E. D'ANDREA, Clerk


DATE: _____/-8-01_____            BY: _____
                                            Deputy Clerk