ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

⑥
1/18/01

John Cleary
_____
_____
**Name of Plaintiff(s)**

v.

Kenneth D. Kyler
William S. Ward
Howard Imschweiler
_____
**Name of Defendant(s)**

Civil Case No. 1:CV-00-2125

Judge: Judge Caldwell

(Number and Judge to be assigned by court)

**FILED**
HARRISBURG, PA

JAN 1 7 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. ✓   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing f and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. ✓   I have enclosed an executed Authorization form which authoriz the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and whi a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim up which relief may be granted?   Yes ____   No ✓

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
       Yes ____   No ✓

    (b)  Please explain in detail why you are under imminent danger of serious physical injury:

_____N/A_____

_____

_____

4.  (a)  Are you presently employed at the Institution? Yes ✓  No ___

    (b)  If yes, what is your monthly compensation? AVG OF $18.24 — $22.82 per M

5.  Do you own any cash or other property; have a bank account; or receive money from any source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source and the amount involved.

employed in activities dept. at S.C.I. Pittsburgh, recieved wage of .19¢ per hr. for up to 6 hrs. a day excluding weekends and holidays

I certify under penalty of perjury that the foregoing is true and correct

Executed on __January 10, 2001__  _____[signature]_____
              (Date)                       (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2