UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JAN 2 2 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

JOHN CLEARY,                    :
                                :
            Plaintiff           :
                                :
      v.                        :    CIVIL NO. 1:CV-00-2125
                                :
KENNETH D. KYLER, ET AL.,       :    (Judge Caldwell)
                                :
            Defendants          :

## ORDER

AND NOW, this 22nd day of January, 2001, it is ordered that:

1.    Plaintiff's motions to proceed in forma pauperis are construed as motions to proceed without full prepayment of fees and costs and the motions (Doc. 2 and 6) are granted.[1]

2.    The United States Marshal is directed to serve plaintiff's complaint on the defendants named therein.

                                William W. Caldwell
                                United States District Judge

---

[1]Cleary completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account.  The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re:  1:00-cv-02125   Cleary v. Kyler

True and correct copies of the attached were mailed by the clerk
to the following:

     John Cleary
     SCI Pittsburgh
     DF5779
     Box 999D1
     Pittsburgh, PA  15322

cc:
Judge                          ( ✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )     Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other__PrShC_____           ( )
        _Schirnlfn'/_                                MARY E. D'ANDREA, Clerk


DATE:  ___1-22-01___                       BY:  _____
                                                Deputy Clerk