```
02/06/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1
TRNS-ADJ        DATE       FUND      CASE NO         DEF           AMOUNT
*************************************************************************************
                                     SCRANTON
80300214801.   01/30/01   6855XX    3:01-OP-1          1           -4.62
80300214802.   01/30/01   5100PL                       0            4.62

                                           DIVISION TOTAL           0.00
```

FILED
SCRANTON
FEB 07 2001
PER _____ DEPUTY CLERK

(10) copy

T2148-2   $4.62    1:00-2125  Clemy