**ORIGINAL**

(11)
3-7-01
sc

FILED
HARRISBURG
MAR 0 6 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY, :
:
Plaintiff, :
: Civil Action No. 1:CV-00-2125
v. :
:
KENNETH KYLER, et al., :
:
Defendants :

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter my appearance as counsel on behalf of Defendants Kyler, Ward and Imschweiler in the above-captioned matter.

Respectfully submitted,

_____
Raymond W. Dorian
Assistant Counsel
Attorney I.D. No. 48148

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 6, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,

    Plaintiff,

v.

KENNETH KYLER, et al.,

    Defendants

Civil Action No. 1:CV-00-2125

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Praecipe for Entry of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

John Cleary, DF-5779
SCI-Pittsburgh
P.O. Box 99901
Pittsburgh, PA 15233

Janelle C. Porr
Clerk Typist 2

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 6, 2001