UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Cleary
    Plaintiff
V.
                                 CASE NUMBER: 1:00-cv-02125

Kyler
    Defendant

TO:    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

John Cleary
SCI Pittsburgh
DF5779
Box 999D1
Pittsburgh, PA  15322

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk
                                                  DATE: January 30, 2001

**FILED**
**SCRANTON**

MAR 0 8 2001

PER _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-02125

John Cleary
    plaintiff

        v.

Kenneth Kyler
    defendant
William S. Ward
    defendant
Howard Imschweiler
    defendant

RETURN OF SERVICE - Case #1:00-cv-02125

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served: _____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|_| Returned unexecuted: _____

|_| Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                              Signature of Server

                                                 Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# WAIVER OF SERVICE OF SUMMONS

TO: _John Cleary_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Cleary_ vs _Kyler_, which is case number _CV-00-2125_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-31-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_3/6/01_
DATE

_[signature]_
SIGNATURE

Printed/typed name: Raymond W. Dorian

Title if any: Assistant Counsel

Address of Person signing: PA Department of Corrections
Office of Chief Counsel
55 Utley Drive

Camp Hill, PA  17011

Party you represent: Defendants Kenneth Kyler, William Ward and Howard Imschweiler

FILED
SCRANTON

MAR 0 8 2001

PER _____
DEPUTY CLERK

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: John Cleary | COURT CASE NUMBER: 1:CV-00-2125 |
| DEFENDANT: Kenneth D. Kyler | TYPE OF PROCESS: CIVIL ACTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kenneth D. Kyler Superintendent of S.C.I. Camphill

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2500 Lisburn Rd
Camphill PA 17001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Cleary DF5779
PO Box 99901
Pittsburgh, PA 15233

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.: 0

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Camphill Prison; 2500 Lisburn Rd, Camphill PA 17001; Ph. (717) 737-4531
Central Office; 2520 Lisburn Rd, Camphill PA 17001
(717) 975-5232
0800 - 1600 - Mon thru Fri (excluding state and federal holidays)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11 JAN 2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: | District of Origin: No. 41 | District to Serve: No. 67 | Signature of Authorized USMS Deputy or Clerk: G. Lanelle | Date: 1/31/01

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 3/6/01  Time: am/pm

Signature of U.S. Marshal or Deputy: G. Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN CLEARY | 1:CV-00-2125 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HOWARD IMSCHWEILER | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: HOWARD IMSCHWEILER; MAIL ROOM SUPERVISOR

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2500 LISBURN RD, CAMPHILL, PA 17001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JOHN CLEARY DF5779
PO BOX 99901
PITTSBURGH, PA 15233

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CAMPHILL PRISON; 2500 LISBURN RD, CAMPHILL PA 17001
PH# (717) 737-4531  ALT PH# (717) 975-5232
CENTRAL OFFICE; 2520 LISBURN RD, CAMPHILL PA 17001
0800 - 1600 - MON. - FRI (excluding state and federal holidays)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: N/A
DATE: 11 JAN 2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 67 | 67 | G. Lanelle | 1/31/01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | am/pm |
|---|---|---|
| 3/6/01 | | pm |

Signature of U.S. Marshal or Deputy: Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN CLEARY | 1:CV-00-2125 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WILLIAM S. WARD; UNIT MANAGER; E UNIT | CIVIL ACTION |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

WILLIAM S. WARD; UNIT MANAGER; E-UNIT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2500 LISBURN RD
CAMPHILL PA 17001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JOHN CLEARY DF5779
PO BOX 99901
PITTSBURGH, PA 15233

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CAMPHILL PRISON; 2500 LISBURN RD, CAMPHILL PA 17001
PH # (717) 737-4531   ALT PH # (717) 975-5232

CENTRAL OFFICE; 2520 LISBURN RD, CAMPHILL PA 17001
0800-1600 MON-FRI (excluding state and federal holidays)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11 JAN 2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: Andrea Lavelle | Date 1/31/01 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/6/01   Time: ___ am/pm

Signature of U.S. Marshal or Deputy: Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)