00 CV 2125

13
copy

```
Thu Mar  1 10:52:58 2001

    UNITED STATES DISTRICT COURT

        SCRANTON    , PA

Receipt No.    301 80849
Cashier        sanya

Tender Type  CHECK

Check Number: 55022

Transaction Type   AR

DO Code     Div No      Acct
 4667         3         5100FL

Amount          $    4.92

SCI PITTSBURGH PO BOX 99901 PITTSBUR
GH, PA 15233

   PARTIAL FILING FEE 00-CV-2125 JOHN O
LEARY
```

**FILED**
**SCRANTON**

MAR 01 2001

PER _____
         DEPUTY CLERK

**FILED**
**SCRANTON**

MAR 13 2001

PER _____
         DEPUTY CLERK