(16)
copy

1:00CV 2125

```
Mon Apr  2 13:51:33 2001

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

  Receipt No.   333 03199
  Cashier       tanya

  Tender Type  CHECK

  Check Number: 55926

  Transaction Type   AR

  DØ Code    Div No     Acct
   4667        3        5100PL

  Amount              $    4.56

  SCI PITTSBURGH PO BOX 99901 PITTSBUR-
GH, PA 15233

   PARTIAL FILING FEE 00-CV-2125 JOHN C
LEARY
```

**FILED**
**SCRANTON**

APR - 5 2001

PER: _____ JS
         **DEPUTY CLERK**