**JUDGE'S COPY**

IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY            *
                       *
        v.             *      CIVIL ACTION CV:00-2125
                       *      (Judge Caldwell)
KENNETH KYLER, ET.AL.  *
                       *
                       *
                       *

TO SHERIFF OF CUMBERLAND COUNTY(MR.TOM KLINE):
CUMBERLAND COUNTY COURTHOUSE
1 COURTHOUSE SQUARE
CARLISLE, PENNSYLVANIA 17013

FILED
HARRISBURG
MAY 2 5 2001
MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

THIS LETTER IS TO INFORM YOU OF A FUGITIVE IN FLIGHT FROM JUSTICE.

THIS FUGITIVE FROM JUSTICE WAS A FORMER EMPLOYEE OF THE DEPARTMENT OF CORRECTIONS AT CAMPHILL PENNSYLVANIA.

THE FUGITIVE FROM JUSTICE WAS SERVED WITH A NOTICE OF CHARGES WHILE STILL EMPLOYED AT THE STATE CORRECTIONAL INSTITUTION OF CAMPHILL IN THE YEAR OF 2000.

UPON THE FILLING OF CHARGES ON THE DEFENDANTS THIS FUGITIVE OF JUSTICE WAS FIRED AND FLED TO AN UNKNOWN LOCATION WITHIN THE DISTRICT OF YOUR JURISDICTION.

THE FUGITVE WAS LIVING AT THE FOLLOWING ADDRESS:

HOWARD IMSCHWEILER
7043 CARLISLE PIKE; BOX 327
CARLISLE, PA. 17013

PETITIONER HAS SUFFERED IRREPARABLE DAMAGE AT THE HANDS OF THIS FUGITIVE AND OTHER DEFENDANTS NAMED WITHIN THE ABOVE CAPTION.

YOUR COOPERATION WILL BE APPRECIATED ALONG WITH OTHER LAW ENFORCEMENT OFFICIALS AND THIS, PLUS ALL THE EFFORTS THAT HAVE BEEN IMPLIMENTED TO ASSURE THAT THE LAWS OF THIS COMMONWEALTH ARE SAFEGUARED WILL AND HAS NOT BEEN INVAIN.

                                        WITH COMPLIMENTS,

MAY 2,2001
                                        _____
                                        JOHN CLEARY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,
  PLAINTIFF

v.

KENNETH KYLER, ET. AL,
  DEFENDANT

CIVIL ACTION No. 1-CV-00-2125
(Judge Caldwell)

## NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY, OR BY ATTORNEY, AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU, AND A JUDGEMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OF RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Lawyer Referal Service of Cumberland County
(NAME)
2 Liberty Ave, Carlisle Pa, 17013
(ADDRESS)

(TELEPHONE)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,

    PLAINTIFF

v.

KENNETH KYLER, ET. AL.,

    DEFENDANTS

CIVIL ACTION NO. 1-CV-00-2125
(Judge Caldwell)

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of a letter of request of a warrant to the Cumberland County Sheriff for defendant Imschweiler, and a NOTICE TO DEFEND for defendant Imschweiler upon the person(s) and manner indicated below.

Service by first class mail addressed as follows:

| Sheriff of Cumberland County c/o Mr. Tom Kline 1 Courthouse Sq. Carlisle, Pa 17013 | U.S. District Court 228 Walnut St PO Box 983 Harrisburg, Pa 17108 | Office of Chief Counsel Sarah B. Hart 55 Utley Drive Camphill, Pa 17011 |

John Cleary
Pro Se Prisoner

John Cleary #DF5779
Box 99901
Pittsburgh, Pa 15233

DATED: May 11, 2001