00 CV 2125

6-18-0[...]

```
Mon Jun 11 15:00:24 200[.]

UNITED STATES DISTRICT C[ourt]
   SCRANTON      , PA

Receipt No.   333 03508
Cashier       tanya

Tender Type   CHECK

Check Number: 57385

Transaction Type   BP

DG Code    Div No    Acct
 4667        3       510000

Amount               $   [ ].50

[S]CI PITTSBURG, PA BOX 99901 P[...]
[PG] PA 15233

   PAY[ING] FILING FEE 00-CV-2125 [...]
[CLERK]
```

**FILED**
**SCRANTON**

JUN 1 1 2001

PER _____
        DEPUTY CLERK