1: 00 CV 2125         (23)

```
Mon Jul 30 14:35:52 2001

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   333 84588
Cashier       rich

Tender Type   CHECK

Check Number: 58724

Transaction Type   AR

DO Code    Div No    Acct
4667       3         5100PL

Amount            $    7.02

SCI PITTSBURGH PO BOX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2125 JOHN C
LEARY
```

**FILED SCRANTON**

JUL 3 0 2001

DEPUTY CLERK

```
Check No. 58724
Amount$
Pay any Federal Reserve
General Depository for credit to
United States Treasury Symbol 4667
```