(24)
8-27-01

```
Mon Aug 27 13:29:16 2001

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.    333 84951
Cashier        tanya

Tender Type  CHECK

Check Number: 59394

Transaction Type   AR

D0 Code    Div No    Acct
4667         3       5100PL

Amount            $    3.88

SCI PITTSBURGH PO BOXX 99901 PITTSBURGH, PA 15233

   PARTIAL FILING FEE 00-CV-2125 JOHN C
LEARY




cn
Mon Aug 27 13:29:16 2001

Check No. 59394
Amount$   3.88
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00 CV 2125

FILED
SCRANTON

AUG 2 7 2001

PER _____
DEPUTY CLERK