IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,
   Plaintiff

v.  : CIVIL ACTION NO. 1:CV-00-2125
   (JUDGE CALDWELL)

KENNETH KYLER, ET. AL,
   Defendants

ORIGINAL

FILED
OCT 26 2001
PER _____
HARRISBURG, PA.   DEPUTY

## PLAINTIFF'S REQUEST FOR DOCUMENTS

Authority: Fed. R. Civ. P., Rules 26, 30 through 33, and L.R. 5.4(c).

To THE JUSTICE of said court:

1.) Plaintiff has requested documents of discovery from the defendants, who have only provided partial discovery documents.

2) Plaintiff has filed a motion of objection to the defendant's Notice of Deposition.

3) Defendants have intentionally, consciencedly, and willingly sought to intimidate and retaliate against plaintiff by way of it's affiliation in the Department of Corrections at the State Institution at Pittsburgh.

4.) Plaintiff has recieved a misconduct (No. A287023) see attached; for refusing to go to S.C.I. Camphill for a deposition which plaintiff has objected to by way of said motion in this court, which puts further risk, strain, and detriment upon the plaintiff's liberty, person, and property.

5.) Defendants have continuously denied plaintiff's request of documents as burdensome, irrelevant, and/or vexatious

6.) Defendants do not know plaintiff's defense or use of documents in motions, pre-trial or trial.

7.) Plaintiff averts that unless the defendants comply with his legal requests of documents, Plaintiff will not comply in the defendant's request of deposition.

8.) Plaintiff has fully complied with defendants' discovery requests and asks that this court intervene in this process.

9.) The plaintiff's request of discovery are as follows:

a) Copies of all grievances (DC-804) and the dispositions thereof, filed by prisoners housed in the S.M.U. at Camphill between October 10, 1997 and September 27, 1999, involving inmate mail.

b.) Copies of C.C.D.C. year books from 1997, until 2001.

c.) The reports of defendant's records pertaining to progress, reprimands, and actions taken against defendants in or within their job duties.

d.) The investigation reports of these matters, including but not limited to the Internal Affairs reports.

e.) The OM-1 administrative policy procedures.

f.) Each of defendant's current and/or former association and membership in/or on a board or commission to an agency entity, and/or unit within the Commonwealth of Pennsylvania

g.) Plaintiff's DC-17X housing report from October 10, 1997 until September 27, 1999.

h.) Defendant's computer tracking record of plaintiff's incoming and outgoing inmate mail, from October 10, 1997 and September 27, 1999.

i.) Defendant's psychological, psychiatric, and classification records, et. seq. of the plaintiff, including, but not limited to the psychological report filed by S.C.I. Cresson for the plaintiff's admission to the S.M.U. at Camphill.

j.) The Department of Corrections employee's Code of Ethics handbook, revised edition.

10.) The Supreme Court broadly described the primary purpose of 1983 in the following terms:

"The very purpose of §1983 was to interpose the federal courts between states and the people, as guardians of the people's federal rights - to protect the people from unconstitutional action under color of state law," whether that action be executive, legislative, or judicial", see <u>Mitchum v. Foster</u>, 407 U.S. 225, 238-39, 92 S.Ct. 2151, 32 L.Ed.2d 705 (1972)

Wherefore, Plaintiff request that this court grant this motion.

October 18, 2001.
DATED:

x _____
John Cleary #DF5779
PO Box 99901
Pittsburgh, Pa 15233

| FORM DC-141 Rev. 6-84 | PART I | COMMONWEALTH OF PENNSYLVANIA | | A 287023 |
|---|---|---|---|---|
| ☐ MISCONDUCT REPORT ☐ OTHER | | DEPARTMENT OF CORRECTIONS | | |

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| AF5779 | Cleary John | SCIF | 2320 | 10/16/01 | 10/16/01 |

| Quarters | Place of Incident |
|---|---|
| F-28 | F Unit |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | Goyne C/O | | ✓ | | | | |

**MISCONDUCT CHARGE OR OR OTHER ACTION** Class 2 #35 Refusing an order

**STAFF MEMBER'S VERSION** On the above date and approx. time I ordered Inmate Cleary to go out the TD Room with his property to be processed for the van on 10/13/01. Cleary at this point refused to get in the van, he told me he wouldn't go. I ordered him to go back to the TD Room again. Cleary again refused stating he would not go. Lt. was notified of the incident.

**IMMEDIATE ACTION TAKEN AND REASON**

**PRE-HEARING CONFINEMENT**

| | IF YES | |
|---|---|---|
| | TIME | DATE |
| ☐ YES | | |
| ☐ NO | | |

FORMS GIVEN TO INMATE
☐ REQUEST FOR WITNESSES AND REPRESENTATION   ☐ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY   SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY |
|---|---|---|
| Robert Goyne | | DATE | TIME 24 HOUR BASE |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | Misconduct Category | Signature of Person Serving Notice |
|---|---|---|---|
| DATE | TIME | ☐ CLASS 1  ☐ CLASS 2 | |

**NOTICE TO INMATE**
You are scheduled for a hearing on this allegation on the date and time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have will be revoked.

WHITE — DC-15    YELLOW — Inmate Cited    PINK — Staff Member Reporting Misconduct    GOLDENROD — Deputy Superintendents

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,
 PLAINTIFF

v.

KENNETH KYLER, ET. AL.,
 DEFENDANTS

CIVIL ACTION NO: 1-CV-00-2125
(Judge Caldwell)

CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing _Plaintiff's Request for Documents_, upon the person(s) and manner indicated below.

service by first class mail addressed as follows:

Office of Chief Counsel
Mr. Raymond W. Dorian
Assistant Counsel
55 Utley Drive
Camphill, Pa 17011

John Cleary #DF5779
Box 99901
Pittsburgh, Pa 15233

x_____
John Cleary