Wed Dec  5 10:14:36 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    333 86050
Cashier        sylviam

Tender Type  CHECK

Check Number: 61368

Transaction Type   AR

DO Code    Div No    Acct
  4667       3       5100PL

Amount          $    12.16

SCI PITTSBURGH


PARTIAL F 00CV2125 CLEARY




bn

Wed Dec  5 10:14:36 2001

Check No. 61368
Amount: 12.16
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:00CV2125

31
KM
12/11/01

PRSLC = Taggit