*See Attachment* 32 12/13/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY, :
:
    Plaintiff :
: CIVIL NO. 1:CV-00-2125
vs. :
: (Judge Caldwell)
KENNETH KYLER, et al., :
:
    Defendants :

O R D E R

AND NOW, this 12th day of December, 2001, it is hereby **ORDERED** that Cleary's Motion to Compel discovery from defendants (Doc. 30) is deemed withdrawn for failure to submit a supporting brief. See M.D. Pa. Local Rule 7.5.



                                      WILLIAM W. CALDWELL
                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 12, 2001

Re:  1:00-cv-02125    Cleary v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

    Raymond W. Dorian, Esq.
    Office of Chief Counsel
    PA Dept of Corrections
    55 Utley Drive
    Camp Hill, PA  17011

    John Cleary
    SCI Pittsburgh
    DF5779
    Box 999D1
    Pittsburgh, PA  15322

cc:
Judge                         (✓)         (✓) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
    to:  US Atty Gen   ( )    PA Atty Gen ( )
        DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____       ( )

                                            MARY E. D'ANDREA, Clerk

DATE: 12/12/0          BY: _____
                                                                                  Deputy Clerk