00-CV-2125

(33)
1/11/02
KM

PRSLC - Taggart
punning

```
Fri Jan  4 14:01:03 2002

UNITED STATES DISTRICT COURT
   SCRANTON         , PA

Receipt No.   333 86431
Cashier       tanya

Tender Type   CHECK

Check Number: 61918

Transaction Type   AR

DØ Code   Div No    Acct
 4667       3      5100PL

Amount        $     14.30

SCI PITTSBURGH PØ BOX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2125 JOHN C
LEARY
```

FILED
SCRANTON

JAN 04 2002

PER 03 2002
DEPUTY CLERK

Check No. 61918
Amount $ 14.30
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667