ORIGINAL



FILED
APR 0 5 2002
PER _____
HARRISBURG, PA  DEPUTY C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,

    Plaintiff,

v.

KENNETH KYLER, et al.,

    Defendants

Civil Action No. 1:CV-00-2125

(Judge Caldwell)

### DEFENDANTS' MOTION FOR
### LEAVE TO FILE STATEMENT OF MATERIAL FACTS

AND NOW, come the Defendants, Kenneth Kyler, et al., by and through their attorney, Raymond W. Dorian, Assistant Counsel, and hereby requests leave to file their Statement of Material Facts Not in Dispute nunc pro tunc. On March 14, 2002, the Defendants filed their motion for summary judgment and supporting brief and appendix. Inadvertently the Defendants' Statement of Material Facts Not in Dispute was not filed on that date. The Defendants now wish to remedy this omission. This is the first

such request made by the Defendants. The granting of this request will not prejudice the Plaintiff.

WHEREFORE, the Defendants request that the Court grant them leave to file their Statement of Material Facts Not in Dispute nunc pro tunc.

Respectfully submitted,

Office of General Counsel

Raymond W. Dorian
Assistant Counsel
Attorney I.D. No. 48148
Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: April 5, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY, :
:
    Plaintiff, :
: Civil Action No. 1:CV-00-2125
v. :
: (Judge Caldwell)
KENNETH KYLER, et al., :
:
    Defendants :

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Defendants' Motion for Leave to File Statement upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

John Cleary, DF-5779
SCI-Pittsburgh
P.O. Box 99901
Pittsburgh, PA 15233

*Janelle C. Stapleton*
Janelle C. Stapleton
Clerk Typist 2

Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: April 5, 2002