00-2125

43
M
4-11-02

1:00CV2125

PRSLL
Taggart

```
Wed Apr 10 10:37:05 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   333 87608
Cashier       tanya

Tender Type  CHECK

Check Number: 63930

Transaction Type   AR

D0 Code    Div No    Acct
 4667        3       5100PL

Amount          $    22.74

SCI PITTSBURGH PO BOX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2125 JOH CL
EARY
```

**FILED SCRANTON**

APR 10 2002

PER _____
           DEPUTY CLERK

Check No. 63930
Amount$   22.74
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 60...