```
Mon May  6 16:25:19 2002

UNITED STATES DISTRICT COURT
  SCRANTON       , PA
Receipt No.  333 87965
Cashier       rich

Tender Type  CHECK

Check Number: 64546

Transaction Type  AR

DB Code    Div No    Acct
 4667        3       5100PL

Amount           $    3.02

JOHN CLEARY  SCI PITTSBURGH, PA 18233

FILING FEE - CV-00-2125


Mon May  6 16:25:19 2002
CR
Check No. 64546
Amount:   3.02
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00CV2125
PRSLC-Taggert

(48)
KM
5/7/02