00-2125

50
(M)
6/10/02

```
Fri Jun  7 11:47:55 2002

UNITED STATES DISTRICT COURT
    SCRANTON       , PA

Receipt No.    333 88348
Cashier        tanya

Tender Type  CHECK

Check Number: 65345

Transaction Type   AR

DØ Code   Div No    Acct
4667        3      5100PL

Amount            $     8.18

SCI PITTSBURGH PØ BØX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2125 JOHN C
LEARY
```

FILED
SCRANTON

JUN 07 2002

PER _____ DEPUTY CLERK

1: 00CV2125

PRSLC

Taggart