00-2125    (51) 86
8-1-02

Mon Jul 15 11:27:57 2002

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    333 88785
Cashier        tanya

Check Number:  66001

D0 Code    Div No
4667         3

Sub Acct Type Tender      Amount
0:5100PL  AR    2          0.03
1:0869PL  AR    2          2.85

Total Amount        $      2.88

JOHN CLEARY SCI PITTSBURGH PO BOX 99
901 PITTSBURGH, PA 15233

PARTIAL FILING FEE 00-FILED

FILED
SCRANTON

JUL 1 5 2002

cn    PER _____
Mon Jul 15 11:27:57    DEPUTY CLERK

Check No.  66001
Amount$    2.88
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

Caldwell/TAGSART