1:00CV2125

DRSIC - Toggart

(53)
KM
10/8/00

```
Mon Oct  7 13:52:00 2002

UNITED STATES DISTRICT COURT

SCRANTON          PA

Receipt No.    333 89743
Cashier         gina

Tender Type  CHECK

Check Number: 67965

Transaction Type   AR

DO Code     Div No      Acct
 4667        3         0869PL

Amount            $      5.02

SCI, PO BOX 99901, PITTSBURGH, PA  1
5233

PART FF  00-2125
```

**FILED**
**SCRANTON**

OCT 0 7 2002

Per_____
DEPUTY CLERK