**ORIGINAL**

October 18, 2002

John Cleary #DF577(?)
P.O. Box 9990
Pittsburgh, Pa 15233

U.S. District Court
Clerk of Courts
Ms. Mary E. D'Andrea
228 Walnut St
Po Box 983
Harrisburg, Pa 17108

FILED
HARRISBURG, PA
OCT 2 4 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Cleary v. Kyler - CV:1:00-2125

Dear Ms. D'Andrea,

Could you please send me the current docket listings for the above civil action in this court, and include the total balance of partial filing fee paid, and last known entry on this action. Thank you.

Sincerly
John Cleary
x

#DF5779
Po Box 9990
Pittsburgh, Pa 15233