56
10/29/02

```
[rcptrec]           CFS-1 V8.2 -- Pennsylvania Middle   29 OCT 2002 - 11:29
[I]NQUIRE                        Receipt Maintenance
REGISTER NO    :333
RECEIPT NO     :89509
RECEIPT SUB NO :0        RECEIPT TYPE: AR   RECEIPT DATE:09/16/02
TENDER TYPE:2            RECEIPT AMT:       10.45

FUND      :0869PL  CASE NO:               PAYMENT TYPE:
                   DEFENDANT:0
                   BANK CODE:      BANK ACCOUNT:

VOUCHER NO  :0       PAYOR NO:00-2125
SUB VOUCHER :0       VENDOR INV:21252
FY:      BUDGET ORG:       BUDGET OBJ CLASS:      SUB OBJ CLASS:
         COST ORG  :       REVENUE SOURCE  :
REMARKS:JOHN CLEARY   SCI  PITTSBURGH,PA 15233
REMARKS:PARTIAL FILING FEE -CV-00-2125
                                POSTED DATE:09/17/02   ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:     18 selected:     18 current:     17
─────────────────────────────────────────────────────────────────────
              1 Sess-1    156.122.6.246                           1
```