OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

October 28, 2002

**FILED
SCRANTON

OCT 2 8 2002

PER _____
DEPUTY CLERK**

Inmate Accounting
SCI-Pittsburgh
PO Box 99901
Pittsburgh, PA 15322

Re: CV 00-2125
Cleary v Kyler, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for John Cleary, DF-5779, indicates that Mr Cleary has a balance of $38.37.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist