```
[Federal Reserve Bank or]
General Depository for credit to
United States Treasury Symbol 4667

Wed Nov  6 11:33:50 2002

    UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   333 90086
Cashier          gina

Tender Type  CHECK

Check Number: 68433

Transaction Type   AR

BØ Code    Div No    Acct
 4667        3      0869PL

Amount           $    11.02

SCI, PO BOX  99901, PITTSBURGH, PA
15233

PART FF/00-2125, CLEARY



cn
Wed Nov  6 11:33:50 2002

Check No. 68433
Amount$   11.02
```

58
Ⓜ
11/7/02

1:00 CV 2125

PRSLC
Taggart

FILED
SCRANTON

NOV - 6 2002

Per_____
         DEPUTY CLERK