IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY,                    :
                                :
    Plaintiff              :
                                :   CIVIL NO. 1:CV-00-2125
  vs.                           :
                                :   (Judge Caldwell)
KENNETH KYLER, <u>et al.</u>,   :
                                :
    Defendants             :

<u>O R D E R</u>

    AND NOW, this 27th day of November, 2002, in accordance with the accompanying Memorandum, it is ordered that:

1. Defendants' motion for summary judgment (Doc. 37) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff, and to mark this matter **CLOSED**.

                             /s/ William W. Caldwell
                             WILLIAM W. CALDWELL
                             United States District Judge

FILED
HARRISBURG, PA
NOV 27 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk