AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

John Cleary,
    Plaintiff

v.    CASE NUMBER: 1:CV-00-2125

Kenneth Kyler; William Ward and
Howard Imschweiler,
    Defendants

FILED
HARRISBURG, PA

NOV 27 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT be and is hereby entered in favor of the defendants, Kenneth Kyler, William Ward and Howard Imschweiler and against the plaintiff, John Cleary.

Date: November 27, 2002    Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk