```
Mon Dec  9 11:40:43 2002

   UNITED STATES DISTRICT COURT
      SCRANTON     , PA

Receipt No.   333 90421
Cashier       gina

Tender Type  CHECK

Check Number: 69009

Transaction Type   AR

DØ Code    Div No      Acct
 4667        3         0869PL

Amount              $    10.79

SCI, PITTSBURGH, PA  15233

PART FF/00-2125/CLEARY



cn
Mon Dec  9 11:40:43 2002

Check No. 69009
Amount:   10.79
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 5647
```

62
KM
12/9/02

00-2125
Termed —

**FILED**
SCRANTON

DEC 0 9 2002

Per_____
DEPUTY CLERK