63
12/27/02

December 23, 2002

John Cleary
DF5779
Box 99901
Pittsburgh Pa 1523-

Ms. Mary Ann D'Andrea
Clerk of Courts
228 Walnut St
Po Box 983
Harrisburg pa 17108

FILED
HARRISBURG, PA
DEC 26 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: 1:CV-00-2125

Dear Ms. D'Andrea,

I have paid in full the $150 filing fee in 20% installments. The prison accountants continue to deduct 20% per cent of my funds, and in some cases more than that, and send it to this court.

I have indication by reciepts from the court, and accounting statement sheets that shows an over payment on this filing fee.

Please have your accountant refund any excess monies to me, and an order to the prison to discontinue deductions from my account for this purpose. Thank you!

NAME J. Cleary
NUMBER DF5779
P. O. BOX 99901
PITTSBURGH, PA. 15233

**INMATE MAIL - PA DEPT. OF CORRECTIONS**

17105+0383 33

Ms. Mary Ann D'Andrea
Clerk of Courts
228 Walnut St
P. Box 983
Harrisburg pa 17108

DEC 23 02