# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CLEARY                          :

    v.                                :  CIVIL NO. 1:CV-00-2125

KENNETH KYLER, et al.,               :  Judge Caldwell

FILED
HARRISBURG, PA

DEC 3 0 2002

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT **JOHN CLEARY**, PLAINTIFF IN THE ABOVE NAMED CASE, HEREBY APPEAL TO THE **UNITED STATES COURT OF APPEALS** FOR THE **3RD** CIRCUIT (FROM THE FINAL JUDGEMENT) (FROM AN ORDER(DENYING RELIEF AND/OR REMEDY) ENTERED IN THIS ACTION ON THE **27,** DAY OF **NOVEMBER, 2002.**

                                                            x /s/
                                                    JOHN CLEARY
                                                    P.O. BOX 99901
                                                    PITTSBURGH, PA
                                                               15233

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

John Cleary,
    Plaintiff

v.

Kenneth Kyler; William Ward and
Howard Imschweiler,
    Defendants

CASE NUMBER: 1:CV-00-2125

**FILED**
HARRISBURG, PA

NOV 2 7 2002

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT be and is hereby entered in favor of the defendants, Kenneth Kyler, William Ward and Howard Imschweiler and against the plaintiff, John Cleary.

Certified from the record
Date 11/27/02
    Mary E. D'Andrea, Clerk
Per _____
    Deputy Clerk

Date: November 27, 2002

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk

JOHN CLEARY
P.O. BOX 99901
PITTSBURGH, PA 15233



**MARCIA M. WALDRON, ESQ:**  DECEMBER 23, 2002
**U.S.COURT OF APPEALS**
601 MARKET STREET
PHILADELPHIA, PA 19106-1790.

               **RE:CLEARY V. KYLER, CV-00-2125**

DEAR MS. WALDRON,

       I AM WRITING TO YOU IN CONCERN OF THE AFOREMENTIONED CIVIL CASE.

PLEASE FIND ENCLOSED, THREE **(3)** COPIES OF A **NOTICE OF APPEAL**. THIS NOTICE IS TO INFORM THE COURT'S OF MY INTENTION OF APPEALING THE FINAL ORDER OF THE U.S. DISTRICT COURT.

I WISH FOR THIS COURT TO FORWARD A **SIGNED** AND **STAMPED** COPY OF THE NOTICE OF APPEAL TO MY PERSON.

PLEASE DO NOT HESITATE TO CONTACT MY PERSON IN ANY FORM AND/OR MATTER THAT IS IN CONCERN OF THIS CIVIL CASE AND MATTER.

THANK YOU FOR YOUR CO-OPERATION IN THIS AND ALL MATTERS.

                                              RESPECTFULLY,

                                              _____
                                              JOHN CLEARY

In the United States District Court
for the Middle District of Pennsylvania

John Cleary                 : CV-00-2125
   v.                            (Judge Caldwell)
Kenneth Kyler, et al.      :

Certificate of Service.

This is to certify that a Notice of Appeal was served via first class ~~mailing~~ mail to the person(s) indicated below:

         US District Court
         Mary Ann D'Andrea Clerk of Courts
         228. Walnut Street
         Po Box 983
         Harrisburg Pa 17108

Date: December 23, 2002             Sincerely;

                                                   John Cleary
                                                   # DF5779
                                                   Po Box 99901
                                                   Pittsburgh Pa 15233



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   John Cleary vs. Kenneth Kyler, et al.
      USDC NO: 1:00-CV-2125
      USCA NO:
      E-mail Account: All correspondence should be sent to the e-mail account:
      PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__   Civil Prisoner Case: Case file and docket sheet available through RACER.

_____   Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____   Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____   Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____   Non-Prisoner Civil Case or Criminal Case:
        ____ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/   Renee M. Brtalik
Deputy Clerk

Date: __January 2, 2003__

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                          DISTRICT COURT NO. __1:00-CV-2125__

John Cleary
   Vs                                             CT. OF APPEALS NO. _____
Kenneth Kyler, et al.


NOTICE OF APPEAL FILED                            COURT REPORTER(S) ___None___

FILING FEE:

NOTICE OF APPEAL ___PAID  _X_ NOT PAID  ___SEAMAN

DOCKET FEE       ___PAID  _X_ NOT PAID  ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED (IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Judge Caldwell
John Cleary
Raymond W. Dorian
Pia Taggart, Pro Se Law Clerk
File Copy


                                        PREPARED BY ____Renee M. Brtalik____
                                                        Deputy Clerk
Date: January 2, 2003

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                          January 2, 2003
```

Re:  1:00-cv-02125    Cleary v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
    Raymond W. Dorian, Esq.
    Office of Chief Counsel
    PA Dept of Corrections
    55 Utley Drive
    Camp Hill, PA  17011    Fax No.: 17179752217


    John Cleary
    SCI Pittsburgh
    DF5779
    Box 999D1
    Pittsburgh, PA  15322
```

```
cc:
Judge                            (X)           (X) Pro Se Law Clerk
Magistrate Judge                 ( )           ( ) INS
U.S. Marshal                     ( )           ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to: US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )
Bankruptcy Court                 ( )
Other_____   ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: _January 2, 2002_                             BY: _Renee Brtalik_
                                                        Deputy Clerk

NUMBER ÒF5119
P. O. BOX 99901
PITTSBURGH, PA. 15233

Ms. MaryAnn D'Andrea
U.S. District Court
228 Walnut St
PO Box 983
Harrisburg Pa 17108

**INMATE MAIL - PA DEPT. OF CORRECTIONS**

17108+0983 93

DEC 24 '02
Clerk of Courts

$0.37
U.S. POSTAGE