```
Mon Dec 30 14:24:23 2002

      UNITED STATES DISTRICT COURT
           SCRANTON    , PA

Receipt No.   333 90632
Cashier       rich

Tender Type  CHECK

Check Number: 69567

Transaction Type   AR

D0 Code     Div No     Acct
4667          3        0869PL

Amount            $     10.56

JOHN CLEARY  SCI  PITTSBURGH,PA

PARTIAL FILING FEE - CV-00-2125


cn
Mon Dec 30 14:24:23 2002

Check No. 69567
Amount$   10.56
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

65
M
1/3/03

1:00CV2125

TERMED
Appeal