

RB 1/3/03

## Return Receipt

| | |
|---|---|
| Your document: | 1:00-CV-2125 Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 01/03/2003 06:35:52 AM |

**FILED**
**HARRISBURG**

JAN 0 3 2003

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK