OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>267-299-4922 |

January 7, 2003

**NOTICE OF DOCKETING OF APPEAL**

**Cleary v. Kyler**

**No.: 00-cv-02125**

**Honorable William W. Caldwell**

FILED
HARRISBURG, PA
JAN 0 7 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

An appeal by **John Cleary** was filed in the above-caption case on 12/30/02, and docketed in this Court on 1/7/03, at No. **03-1016**.

Kindly use the Appeals Docket No. **03-1016** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Lynn Lopez** at Lynn_Lopez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

                                                  **Marcia M. Waldron**
                                                **Clerk**