UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-1016

Cleary

vs.

Kyler, et al.

John Cleary, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-02125)

O R D E R

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

Marcia M. Waldron

Clerk

Date: February 13, 2003

cc:
    Mr. John Cleary
    Raymond W. Dorian, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Middle-Harrisburg__   Clerk of District Court        Date __February 13, 2003__
   (District)

__Cleary v. Kyler_____        C. of A. No. __03-1016__
   (Caption)

__John Cleary_____
   (Appellant)

__00-cv-02125_____
   (D.C. No.)

Enclosures:

__February 13, 2003_____ Certified copy of C. of A. Order by the Clerk
   (Date)


_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____
_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
             is recalled.

                                    __Lynn Lopez_____  __(267)-299- 4922__
                                       Deputy Clerk         Telephone Number

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)

                                                       Rev. 3/13/00
                              Appeals (Certified List in Lieu of Record)